IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00318-REB-MEH

VICTOR DARNELL HADNOT,

    Plaintiff,

v.

ARMY CORPS OF ENGINEERS, and
STURCKE, Mr., RN (Department of the Army)(a Civilian Employee of the Army),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2010.**

    Plaintiff's Motion to Have the U.S. Marshal's Service Serve the Summons [filed April 6, 2010; docket #9] is **denied**. Plaintiff is not proceeding *in forma pauperis* in this case and the only basis for his request is that he would "feel more confident if this service was done professionally." Plaintiff is directed to Fed. R. Civ. P. 4(i) for instruction on service of process on the United States and its Agencies and Employees.