IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00318-REB-MEH

VICTOR DARNELL HADNOT,

    Plaintiff,

v.

ARMY CORPS OF ENGINEERS, and
STURCKE, Mr., RN (Department of the Army)(a Civilian Employee of the Army),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2010.**

    The Stipulated Motion to Amend Caption [filed July 13, 2010; docket #29] is **granted**. The Clerk of Court is directed to substitute John McHugh, Secretary of the Army, as Defendant in place of the presently named Defendants Army Corps of Engineers and Mr. Sturke, R.N.