**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00318-REB-CBS

VICTOR DARNELL HADNOT,

    Plaintiff,

v.

JOHN McHUGH, and
STURCKE, Mr., RN (Department of the Army)(a Civilian Employee of the Army),

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss** [#56] filed November 9, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#56] filed November 9, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for June 24, 2011, is **VACATED**;

3. That the trial to the court set to commence June 27, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 10, 2010, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                */s/ Bob Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge