IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-0318-REB-CBS

VICTOR DARNELL HADNOT,
    Plaintiff,
v.

JOHN MCHUGH, Secretary of the Army,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    Pursuant to both parties' representations in recent filings (*see* Docs. # 63, # 62, # 61), requesting that the Settlement Agreement (Doc. # 55) be unsealed,

    IT IS ORDERED that the Settlement Agreement (Doc. # 55) shall be unsealed.

    DATED at Denver, Colorado, this 8th day of March, 2011.

                                      BY THE COURT:

                                      s/Craig B. Shaffer
                                      United States Magistrate Judge