**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**   10-cv-00318-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**   March 14, 2011 | **Courtroom Deputy:**   Linda Kahoe |

VICTOR DARNELL HADNOT,               *Pro se*

    Plaintiff,

    v.

JOHN McHUGH, *et al.,*                Juan Gonzalo Villasenor

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:    MOTION HEARING**
**Court in session:        8:48 a.m.**
Court calls case. Appearance of counsel. *Plaintiff is pro se.*

The court states that it expects the parties to be on time.

Discussion regarding Plaintiff's Motion to Reopen Case, doc #[59], filed 1/7/2011.

**ORDERED:**   Plaintiff's Motion to Reopen Case, doc #[59], is **DENIED WITHOUT PREJUDICE.**

Discussion regarding Plaintiff's Motion to Fine Defendant for Breach of Settlement Agreement or to Re-Open Case, doc #[63], filed 2/22/2011.

**ORDERED:**   Plaintiff's Motion to Fine Defendant for Breach of Settlement Agreement or to Re-Open Case, doc #[63], is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   A Status Conference is set for **Friday, APRIL 22, 2011 at 9:15 a.m.**  Defense counsel is required to stay in contact with the appropriate personnel regarding the Judgment Fund. At the Conference, counsel must be prepared to advise the court that the money has been paid, or advise the court of a specific date that the money will be paid. If a verified Status Report stating that the money has been paid is filed prior to April 22, 2011, the Status Conference will be vacated.

The court requests that Plaintiff keep the court apprised of his current contact information.

HEARING CONCLUDED.
**Court in recess**:         **8:05 a.m.**
Total time in court:     00:17

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.