IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-0318-REB-CBS

VICTOR DARNELL HADNOT,
    Plaintiff,
v.

JOHN MCHUGH, Secretary of the Army,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on Friday, April 22, 2011 for a hearing to address several pending motions filed by Plaintiff, Mr. Hadnot. (*See* Docs. # 69, # 72, # 75, # 77, # 85). Mr. Hadnot did not appear at the hearing. The hearing was set in open court in Mr. Hadnot's presence on March 14, 2011. (See Courtroom Minutes/Minute Order (Doc. # 68)). On April 20, 2011, the court issued a Minute Order reminding Mr. Hadnot that he was required to appear in person at the April 22, 2011 hearing and that failure to appear may constitute contempt of a court order. (*See* Doc. # 84). Upon Mr. Hadnot's failure to appear, the court reset the hearing to Friday, April 29, 2011 and directed Mr. Hadnot to appear in person. (See Courtroom Minutes/Minute Order (Docs. # 87, # 88)). The court requires Mr. Hadnot's presence in order to properly address the numerous issues that Mr. Hadnot has raised in his Motions. Accordingly,

    IT IS ORDERED that Mr. Hadnot shall appear in person at the hearing on Friday April 29, 2011 at 9:30 a.m. in Courtroom A402 before Magistrate Judge Craig B.

Shaffer.  Failure to appear may constitute contempt of court.

DATED at Denver, Colorado, this 22nd day of April, 2011.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge