**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   10-cv-00318-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   May 9, 2011** | **Courtroom Deputy:**   Linda Kahoe |

VICTOR DARNELL HADNOT,                                        *Pro se*

    Plaintiff,

    v.

JOHN MCHUGH, et al.,                                                    William George Pharo

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:        9:58 a.m.**
Court calls case.  Appearance of counsel.  *Plaintiff appears pro se.*

Discussion regarding the status of the case.

The court explains the process for settlement funds where the U.S. government is a Defendant.

Mr. Hadnot states that he will file a Motion to Vacate the Settlement and to Reactivate the Case. The court refers Mr. Hadnot to specific requirements stated in Rule 59 and Rule 60.

Discussion regarding the 7 day time period to revoke a settlement agreement.

Discussion regarding the Motion to Modify Settlement Agreement, doc #[69], filed 3/18/2011. Mr. Hadnot states he will withdraw the Motion.

**ORDERED:**   The Motion to Modify Settlement Agreement, doc #[69], is **WITHDRAWN.**

Discussion regarding the Motion to Amend Original Lawsuit, doc #[72], filed 3/21/2011.  Mr. Hadnot states he will withdraw the Motion.

**ORDERED:**   The Motion to Amend Original Lawsuit, doc #[72], is **WITHDRAWN
                       WITHOUT PREJUDICE** to Plaintiff's right to amend if the lawsuit is revived.

Discussion regarding Motion to Notify Court - Intent to File Suit - Against the Army and the Department of Justice and the Federal Court in Denver - Obstruction of Justice - Open and Notorious - Discrimination - Settlement is Revoked - Stands in Rest, doc #[74], filed 3/22/2011. Mr. Hadnot states he will withdraw the Motion.

**ORDERED:** Motion to Notify Court - Intent to File Suit - Against the Army and the Department of Justice and the Federal Court in Denver - Obstruction of Justice - Open and Notorious - Discrimination - Settlement is Revoked - Stands in Rest, doc #[74], is **WITHDRAWN WITHOUT PREJUDICE** to Plaintiff's right to pursue other legal remedies.

Discussion regarding the Motion to File Grievance - Obstruction of Justice - Open and Notorious - Discrimination - Against the Army and the Department of Justice and the Federal Court in Denver, doc #[75], filed 3/22/2011.

**ORDERED:** Motion to File Grievance - Obstruction of Justice - Open and Notorious - Discrimination - Against the Army and the Department of Justice and the Federal Court in Denver, doc #[75], is **WITHDRAWN.**

Discussion regarding Motion to Request Leave of Court - All Actions Associated With Breached Settlement Are to be Suspended - Including Scheduled Hearings, Associations, and Procedures - Unseal Original Case, doc #[77], filed 3/23/2011.

**ORDERED:** Motion to Request Leave of Court - All Actions Associated With Breached Settlement Are to be Suspended - Including Scheduled Hearings, Associations, and Procedures - Unseal Original Case, doc #[77], is **WITHDRAWN.**

Discussion regarding Motion to Reopen Case - Unseal Case - Due to a Second Breach, doc #[85], filed 4/20/2011.

The court advises Plaintiff that when moving to rescind or vacate the settlement agreement he should state the legal principles based upon legal authority.

**ORDERED:** Motion to Reopen Case, doc #[85], is **WITHDRAWN** with leave to refile. That part of the Motion, doc #[85], which seeks leave to unseal the case is **MOOT**.

**ORDERED:** The Motion to Drop the Case, doc #[90], filed 4/27/2011 seeking to withdraw all motions is **GRANTED.**

The court encourages Mr. Hadnot to retain counsel.

Discussion regarding Plaintiff's outstanding student loan.

Discussion regarding a letter docketed as a Motion to Reopen Case, doc #[59].  Mr. Pharo suggests that Plaintiff or his counsel read the cases cited in Defendant's Response, doc #[60].

The court advises Mr. Hadnot to comply with court Orders.

HEARING CONCLUDED.

**Court in recess:**     **11:01 a.m.**
Total time in court:     01:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.